IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES D. HENDRICKSON                                              PLAINTIFF

v.                          No. 4:24-cv-195-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                      DEFENDANT

### ORDER

Unopposed recommendation, *Doc 15*, adopted. Fed R. Civ. P. 72(b)(1983 addition to advisory committee notes). Notwithstanding Hendrickson's struggles with pain, substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). Hendrickson's complaint will therefore be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 September 2024