IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES D. HENDRICKSON                                                PLAINTIFF

v.                           No. 4:24-cv-195-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                        DEFENDANT

## JUDGMENT

Hendrickson's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2024